1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MEREDITH J. EDWARDS (CABN 279301)
   Special Assistant United States Attorney
5
       150 Almaden Boulevard
6      San Jose, California 95113
       Telephone: (408) 535-5589
7      Facsimile:  (408) 535-5066
       Email: meredith.edwards@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. CR 12-423 LHK
                                       )   No. CR 12-766 LHK
15         Plaintiff,                  )
                                       )   STIPULATION AN D [PROPOSED]
16      v.                             )   ORDER RESCHEDULING HEARING
                                       )   DATE AND EXCLUDING TIME UNDER
17 JAVIER HERNANDEZ-HERRERA,           )   THE SPEEDY TRIAL ACT
                                       )
18         Defendant.                  )
                                       )
19 _____)

20

21                                **STIPULATION**

22         The United States, by and through Special Assistant United States Attorney Meredith J.

23 Edwards, and defendant Javier Hernandez-Herrera, by and through Assistant Federal Public

24 Defender Robert M. Carlin, hereby stipulate that, with the Court's approval, the status hearing

25 currently set for Wednesday, February 27, 2013, at 9:00 a.m., be vacated and rescheduled for

26 Wednesday, April 3, 2013, at 9:00 a.m.

27         The rescheduling is requested to provide counsel for both the government and the

28 defendant with additional time to conduct further investigation, thereby providing the reasonable

                                            1

1 time necessary for effective preparation for both counsel for the defendant and the attorney for
2 the government.  Accordingly, the parties jointly respectfully request that the time between
3 February 27, 2013 and April 3, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §
4 3161(h)(7)(A) and (B)(iv).

6 Dated: February 26, 2013                          /s/
                                                   MEREDITH J. EDWARDS
7                                                  Special Assistant United States Attorney

9 Dated:  February 26, 2013                         /s/
                                                   ROBERT M. CARLIN
10                                                 Assistant Federal Public Defender

**[PROPOSED] ORDER**

Pursuant to the agreement and stipulation of the parties, the hereby orders that the status hearing in this case, previously scheduled for February 27, 2013, at 9:00 a.m., be vacated and rescheduled for April 3, 2013, at 9:00 a.m.  The Court further orders that the time between February 27, 2013 and April 3, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   2/26/13

_____
THE HONORABLE LUCY H. KOH
United States District Judge